# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

August 2, 2022

_____

DOCKET CORRECTION NOTICE

_____

No.   22-1041,   <u>Interprofession du Gruyere v. U.S. Dairy Export Council</u>
1:20-cv-01174-TSE-TCB

TO:   Syndicat Interprofessionnel du Gruyere
Interprofession du Gruyere

**FILING CORRECTION DUE:  August 8, 2022**

Please make the correction identified below and file a corrected document by the date indicated.

[✓] Incorrect event used. Please refile document using **BRIEF** entry, then selecting the corresponding type of brief within the entry.

Karen Stump, Deputy Clerk
804-916-2704